REDACTED COPY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

DEL RIO DIVISION



FILED
2006 MAR 29 AM 1:10
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | Cause No. DR99-CR649<br>**SUPERCEDING**<br>**INDICTMENT** |
| v. | § § § § § | [VIO: COUNT ONE: 21 U.S.C. 841(a)(1)&(b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute Marijuana; COUNT TWO: 21 |
| JESUS ALBERTO LOPEZ-FIGUEROA,<br>JESUS ALBERTO LOPEZ, JR.,<br>JAVIER AMBROCIO HERALDEZ-<br>VERDUZCO, | § § § § | U.S.C. 841(a)(1)&(b)(1)(D), Possession of Marijuana With Intent to Distribute] |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. §841(a)(1)&(b)(1)(A) and § 846]

That beginning on or before September 1, 1997, and continuing until on or about August 1999, in the Western District of Texas, Defendants,

JESUS ALBERTO LOPEZ-FIGUEROA,
JESUS ALBERTO LOPEZ, JR.,
JAVIER AMBROCIO HERALDEZ-VERDUZCO,

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a quantity of 1000 kilograms or more of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, §§ 841(a)(1)&(b)(1)(A) and 846.

69

COUNT TWO
[21 U.S.C. 841(a)(1)&(b)(1)(D)]

On or about September 1, 1997 through on or about August 1999, in the Western District of Texas, Defendant,

JESUS ALBERTO LOPEZ JR.,

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved less than 50 kilograms of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, § 841(a)(1)&(b)(1)(D).

A TRUE BILL.

JOHNNY SUTTON
United States Attorney

By: _____
JEREMY SIBERT
Assistant United States Attorney